IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3150 |
| | ) | |
| V. | ) | |
| | ) | |
| ANGELO BENJAMIN YBARRA, | ) | MEMORANDUM |
| | ) | AND ORDER |
| Defendant. | ) | |
| | ) | |

The defendant appeared in front of me today. He did not admit or deny the allegations of the petition for an offender under supervision because of the pendency of state charges. He was detained, albeit without prejudice to a release motion should he be accepted for entry into an intensive inpatient treatment program.

Upon motion of the defendant, and without objection by the government, the matter was continued until further order of the court for the purpose of allowing the underlying state charges to be resolved in due course. Therefore, to keep this matter on track,

IT IS ORDERED that counsel for the defendant, Mr. Hansen, shall advise the undersigned when we may proceed further with this case.

DATED this 11th day of January, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge