IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3150 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ANGELO YBARRA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     The plaintiff's motion to reschedule revocation hearing (filing 78) is granted.

(2)     Defendant Ybarra's revocation hearing is rescheduled to Tuesday, June 14, 2011, at 11:00 a.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

Dated June 9, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge