IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3150 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ANGELO BENJAMIN YBARRA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant Ybarra's revocation hearing is rescheduled to Thursday, September 15, 2011, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated June 15, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge